UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LELAND J. BRYANT,<br><br>　　　　　　　　　Petitioner,<br>　v.<br>ISIDRO BACA, et al.,<br><br>　　　　　　　　　Respondents. | Case No. 3:18-cv-00117-LRH-VPC<br><br>ORDER |

Petitioner Leland J. Bryant has submitted a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Bryant filed a response to this court's order to show cause and file proof to demonstrate that the petition was timely filed (ECF Nos. 5, 7). As a response by respondents may assist the court in resolving the timeliness issue, the petition shall be filed and served on respondents. Respondents shall file a response within thirty days of the date of this order.

**IT IS THEREFORE ORDERED** that that the Clerk shall file and **ELECTRONICALLY SERVE** the petition (ECF No. 1-1) on the respondents.

**IT IS FURTHER ORDERED** that the Clerk shall add Adam Paul Laxalt, Nevada Attorney General, as counsel for respondents.

**IT IS FURTHER ORDERED** that respondents shall file a response to the show-cause order within **thirty (30) days** of service of the petition.

///

///

1

**IT IS FURTHER ORDERED** that petitioner's motion for extension of time to respond to the show-cause order (ECF No. 6) is **GRANTED** *nunc pro tunc*.

DATED this 10th day of August, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE